19099—In re Dissolution of the Sentinel Publishing Co.; John T. Maidlow and A. P.

Sandles, v. Sentinel Publishing Co. et al; error to Putnam Appeals. Judgment affirmed. Marshall, CJ., Jones, Day and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 4-24-25; 3 Abs. 297.